UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JOSEPH W. ANDERSON, | |
|---|---|
| Plaintiff, | Case No. 12-cv-06573-JST |
| v. | **ORDER CONSTRUING PLAINTIFFS' SUBMISSIONS AS AN AMENDED COMPLAINT** |
| GOOGLE INC., | |
| Defendant. | Re: ECF Nos. 35 & 36 |

Plaintiff Joseph Anderson has filed two submissions to the Court entitled "Notice of Motion for Relief Sought in Demand of Complaint," and "Notice of Motion & Motion for First Amended Complaint," and has designated them both as motions. ECF Nos. 35 & 36. Plaintiff has assigned these designations even though he apparently intended at least the latter document to serve the function of a complaint. ECF No. 36 at 7 ("I respectfully submit First Amended Complaint"). Moreover, in dismissing Plaintiff's initial complaint, this Court already granted Plaintiff leave to file an amended complaint. ECF No. 31. Therefore, the Court construes the submission at ECF No. 36 as Plaintiff's amended complaint. The Clerk is directed to terminate the motions.

If Plaintiff intended for the submission at ECF No. 35 to be part of his complaint, he is ordered to re-file both documents together as one single document. If he does not do so within ten days of this order, the Court will only consider the submission at ECF No. 36 to be Plaintiff's amended complaint.

/ / /

/ / /

/ / /

Plaintiff is again reminded that there is helpful information for *pro se* litigants at http://cand.uscourts.gov/proselitigants, and that he can call 415-782-9000, extension 8657, to make an appointment with the Legal Help Center run by the Volunteer Legal Services Program of the Bar Association of San Francisco.

**IT IS SO ORDERED**.

Dated: April 23, 2013

_____
JON S. TIGAR
United States District Judge