**FILED**

JUN X 4 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

**RECEIVED**

JUN 0 4 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Joseph W. Anderson
Address: 17 Overlook Court
Fairfield Ohio, 45014
Telephone Number: (513) 942-1468
Pro Se Plaintiff

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO

| | |
|---|---|
| Joseph W. Anderson<br><br>Plaintiff,<br><br>v.<br><br>Google Inc.<br><br>Defendant. | Case No. 3:12-cv-06573-JST<br><br>**PLAINTIFF REPLY TO DEFENDANT GOOGLE INC.'S SUPPORTING MEMORANDUM OF POINTS AND AUTHORIES.**<br><br>JUDGE: HONORABLE JON S. TIGAR<br>TIME: 2:00 PM<br>PLACE: COURT ROOM 9<br>TUESDAY JUNE 20, 2013 |

### PLAINTIFF RESPECTFULLY REPLY TO DOCUMENT 47

### INTRODUCTION

Under Federal Rule of Civil Procedures 8(2) has been addressed accordingly.

Civil Statute 17 § 504(b) states The Plaintiff has only to provide the gross revenue of Google Inc.

Mr. Anderson also anwsered the question of Rule 8(3) which "only mandated" <u>A short and plain statement</u> of the claim that the pleader is entitled to relief. Mr. Anderson replied with <u>A short and plain statement</u> ; Website designs and the exact United States Copyright titles are being reproduced and resold by the owners of Google Inc. Mr. Anderson recited Jurisdictional Statements in the event. The case no 3:12-cv-06573-JST continues on till a final Judgement Summary. Mr. Anderson ask the court to address relating issues into parts based on the evidence presented to the court. Including the weigh of evidence with a "Digital Finger Print" attached.

PLEASE TAKE NOTICE.:

The Honorable District Judge James Ware in Northern District Court of California.

The Exhibit(5a) is proof Google Inc. had direct knowledge of Mr. Anderson website design. In the year(s) 2006/2007. Representatives of the Addword program were assisting Mr. Anderson with assembling the website design as seen in Google Inc. Search Engine Optimization ensuring the Meta Tags proper usage.

<u>Exhibit (5a)</u> is a check, In Order of The District Court of Northern California.

Google Inc. Adword program was hired to perform a service

The Check is payable in the amount of an " over payment " on

Mr. Anderson Adword Account. The Check Reads: Pay to the Order of

"Sculptured Figurines An More" (website) and the (owner) Joseph W. Anderson.

Case No. C 05-03649-JW. Dated June 29, 2012, Check No. 1635093.

Case Title: Hanson vs Google Inc. Settlement Fund.

Mr. Anderson has presented the court with a Validate Certificate of Registration.

The Author Created "Text " as stated on the Certificate, also found on the Copyright.Gov website. effective December 12, 2007. All the information provided to the court is current and accurate. The Certificate of Registration would also meet the requirement has stated in Civil Staute 17 § 410(c). The filed Complaint was received December 31, 2012 and filed January 7, 2013. This establishes a timeline for Mr. Anderson copyrighted material.

Mr. Anderson hired. Google Inc. and continued to be advertised on Google Web search. results (only). This vaildates Google Inc. had direct knowledge of Mr. Anderson website designs. Mr.Anderson created website design(s) illustrating the usage of his discoveries. Mr. Anderson writing(s) are not conclusive.

There is no writing in place that can be recited, that validates the theories of Mr. Anderson copyrighted work. Mr. Anderson conclusions are based on hypothetical evaluation(s) and theories.

-2-

Mr. Anderson wrote and explained, In his own personal opinion of what he thought, might demostrate an explanation from conjoining those two words. The two words combined together has seen on the Copyright Registration Title and Alternative titles, Do Not Exist in the American Language. There is no existing explanation on how to use these two words put together creates a single word. Each word that appears on the Copyright material are indexed independently in the American Dictionary and Encyclopedia. The Adword Program does not create "new word" translations or definite explanation of the word(s). Mr. Anderson website designs were the visual explaination of the two word(s) conjoined. In exhibit C. Google Inc. Search Engine Optimization (SEO) found on Page 1 Choosing "Your Keywords" This subchapter reads: Do Not use words people Do Not look for, and continues onto Page 2. The information seen throughout the entire ( SEO ) packet. In order to be create the website. The website designs require word(s), Text, and Characters. Mr. Anderson Copyright Registration states Author created "TEXT". The website designs warrant protection from the date of ceation, Mr. Anderson Copyright material had been used to Create the website designs.

The Copyright Act of 1976 (effective in 1978), there are three fundamental criteria to establish copyright:
- Fixation to a tangible medium
- Originality
- Minimal creativity

E commerce webhosting is created for the use in Business, Mr. Anderson never claimed pictorial, photo shots, or any other still Image placed on Mr. Anderson website designs. In e commerce the product photo changes, depending on the sell and supply in demand. Mr. Anderson has rights to Entrepreneurship, including the right to creativity, The freedom to develop from his labor in the future. Mr. Anderson established "Copyrighted Material" Mr. Anderson has rights to own property, ( without notifying ) nor providing Google Inc. with an explaination for his development. Mr. Anderson should have been free from Google Inc. "interfernce" before, during, and after their Business association. Mr. Anderson did not have those rights once the Adword Program was hired.

-3-

PLAINTIFF REPLY TO DEFENDANT GOOGLE INC.'S
SUPPORTING MEMORANDUM OF POINTS AND AUTHORIES.
CASE NO. 3:12-CV-06573-JST

1  Fine example of being denied those rights, Shopping Google Commercial Website did not
2  exist during the time Mr. Anderson obtained the Adword Program services. Google Inc.
3  Shopping Google commercial website has replicated Mr. Anderson website designs on a
4  larger scale. Even used Mr. Anderson website designs "titles" created from the
5  Copyright material found on the Copyright of Registration, Mr. Anderson website designs
6  was used for e commerce.
7  Mr. Anderson illustrated Sculptured Figurines and how the " An More " was created and
8  explained. The House of Figurine Sculptures was a website title set into in-tangible
9  form, with clear visually demostrated illustrates of the translations and clear explanation.
10 The Keywords Mr. Anderson had choosen can be found on Domain Registration.
11  Also implemented into the Meta Tags, seen in the Google Inc. Search Engine Optimization
12 Exibit C. Google Inc had reproduced Mr. Anderson entire Copyright material created.
13 During the course of reproducing and re-selling Mr. Anderson Adword information.
14  Google Inc. demostrates to New Adword clients. How Mr. Anderson copyright material
15 applys to their websites. Then Places the New Adword Clients on Shopping Google.com
16 The New Adwords Clients will be submitted to Google Web Search for admissions.
17 After some time, the New Adword clients, including other merchant accounts will appear
18 on Web Search results has being affiliated with Mr. Anderson. False links created by
19 Google Inc. with intentions of using Mr. Anderson Websites Meta Tag titles, Meta Tag
20 Keywords from Mr. Anderson website designs shown a few years earlier. This is how the
21 false association is created. Shown to the court are Google Web Search results that read
22 Shop for The House of Figurine Sculptures on Google, Image of The House of Figurine
23 Sculpture and Sponor related ads to The House of Figurine Sculptures. Related Ads to the
24 House of Figurine Sculptures. The display of false related business affiliation(s) and false
25 association(s)  are also  listed on Shopping Google Commerical website. A Commerical
26  website created years after being introduced to Mr.Anderson website designs with the
27  exact website listed into the Meta Tag</Title>has explained in Exhibit C. dated year 2006
28

- 4 -

PLAINTIFF REPLY TO DEFENDANT GOOGLE INC.'S
SUPPORTING MEMORANDUM OF POINTS AND AUTHORIES.
CASE NO. 3:12-CV-06573-JST

1  **Exhibit B.:**  Scurb the Web Analysis,  The court will found that when the URL

2  Highlighted in ( Blue ) was analyzed by a Web Analysis company recommended by

3  Google Inc., found in the Google Inc. Search Engine Optimization packet on page 2 of 5.

4  subtitled 2:2<Meta Description> Tag  refers Scrub the web.com

5  The Highlighted URL Address is a <u>"Digital Finger Print "</u>.  The begin URL address

6  seen Highlighted in BLUE  indicates ownership of the Digital data file archived.

7  Please Take Notice

8  The Robots.txt file located on http://www.google.com/robots.txt  blocks one or more robot

9  crawlers from visiting / analyzing this page located on page 1  listed has Warning:

10  This allows hidden identifiers which prevents veiwing.

11  However also listed on Page 1 at the bottom, Title Tag Analysis.

12  <title>the house of figurine sculptures – Google Search</title>

13  Shown listed at the end of title  indicates Google Search. Shopping Google Commercial

14  website has a Search Bar feature located on the commercial website.

15  Highlighted URL Address is not a Web Search Result,  as implied by the defendant

16  counsel within Document 47.

17  Google Inc. and Shopping Google Commercial website are two completely different

18  "subsidaries"  owned and listed under one Incorporation.

19   There is a difference between a Search Bar feature found on the New Shopping Google

20   E commerce website, compared with Google Inc. Web Search Browser used daily for

21  Internet Search. "This would be the "Deception" aspect from this type of theft. In the

22  event of being discovered "Google Search"  found on the end of the highlighted URL

23  address would appear to be a Google Web Search  This is Highlighted URL Address is a

24  disguise of deception, theft and reproduction model of  Mr.Anderson Copyright material.

25  Once again, Google Shopping Commercial website did not exist

26  during the time the Adword program was hired for a service to appear on Google

27  Web Search. Paid Internet Advertisement listing result.

28
-5-
PLAINTIFF REPLY TO DEFENDANT GOOGLE INC.'S
SUPPORTING MEMORANDUM OF POINTS AND AUTHORIES.
CASE NO. 3:12-CV-06573-JST

1  I added the URL to further point out discussion issues relating to this URL Analysis,

2  presented to the court as Exhibit B. Titled: Scrub The Web Analysis.

3  http://www.google.com/search?q=the%20house%20of%20figurine%20sculptures&ie=utf-8&oe=utf-8&aq=t&rls=org.mozilla:en-US:offical&client=firefox-a&source=hp&channel=np#hl=en&client=client=foxfire-a&rls=org.mozilla:en-US%3Aoffical&channel=np&tbm=shop&client=psy-ab&q=the+house+figurine+sculptures.com&op=the+house+figurine+sculptures.com&gs_l=serp.3...152358.155894.2.156664.8.5.3.0.0.01597.3786.5-1j2j0j1.4.0...0.0...1c.1.ULTAiTagXp8&pbx=1&bac=on.2,or.r_gc.r_pw.r_qf.&fp=30ae47296575a083&bcpl=38093640&biw=1016&bih=648

7

8  Original URL text analyzed: (Digital fingerPrint)

9  http://www.google.com/search?q=the%20house%20of%20figurine%20sculptures&ie=utf-8&oe=utf-8&aq=t&rls=org.mozilla:en-US:offical&client=firefox-a&source=hp&channel=np#hl=en&client=client=foxfire-a&rls=org.mozilla:en-US%3Aoffical&channel=np&tbm=shop&client=psy-ab&q=the+house+figurine+sculptures.com&op=the+house+figurine+sculptures.com&gs_l=serp.3...152358.155894.2.156664.8.5.3.0.0.01597.3786.5-1j2j0j1.4.0...0.0...1c.1.ULTAiTagXp8&pbx=1&bac=on.2,or.r_gc.r_pw.r_qf.&fp=30ae47296575a083&bcpl=38093640&biw=1016&bih=648

13  Identical Original bytes:

14  687474703a2f2f7777772e676f6f676c652e636f6d2f736561

15  The URL Address shown above indicates the ownership and would appear as Google

16  Web Search, but this Search Bar is a "Website Feature" found on the Google Shopping

17  Commercial Website from were the URL Address was created.

18  When the URL Address is entered into a Web Address Bar found on any Web Browser,

19  The URL present above will send the viewer back to Shopping Google.com Commerical

20  website. There is nothing in this URL Address that is indicates Shopping Google.com or

21  Any other ownership of this URL Address . First URL highlighted in Blue

22  besides http://www.google.com/search?

23  The word "Shop" appears only one time, but however the house of figurine sculptures.com

24  appears twice with a Registered Domain Name that belongs to the development of

25  Mr.Anderson. All related Keyword(s) to create Mr. Anderson website designs are utilized

26  in perfect order of formation to create / reproduce / to copy Mr. Anderson

27  "website designs"related to Copyright material content presented to the Adword program

28  when hired for a service.                  -6-

PLAINTIFF REPLY TO DEFENDANT GOOGLE INC.'S
SUPPORTING MEMORANDUM OF POINTS AND AUTHORIES.
                                        CASE NO. 3:12-CV-06573-JST

The second URL Address presented below to the court has Exhibit F. Titled: Scrub The Web is a actual Google Web Search. ( Internet Advertisement listing ) from the Google Inc. Adword program that had been hired to obtain a service.

http://www.google.com/#output=search&sclient=psy-ab&q=the+house+of+figurine+sculptures.com&oq=the+house+of+figurine+sculptures.com&gs_l=hp.3..0i22i30.2877.10269.0.11161.36.25.0.11.11.2.1287.8194.2-15j8j1j7-1.25.0...0.0...1c.1.15.psy-ab.HsGumx49Df4&pbx=1&bav=on.2,or.r_qf.&bvm=bv.47244034,d.dmQ&fp=4ab0b2cf2fb33e4e&biw=1024&bih=636

Original URL text analyzed: listed below, (Digital fingerPrint)

http://www.google.com/#output=search&sclient=psy-ab&q=the+house+of+figurine+sculptures.com&oq=the+house+of+figurine+sculptures.com&gs_l=hp.3..0i22i30.2877.10269.0.11161.36.25.0.11.11.2.1287.8194.2-15j8j1j7-1.25.0...0.0...1c.1.15.psy-ab.HsGumx49Df4&pbx=1&bav=on.2,or.r_qf.&bvm=bv.47244034,d.dmQ&fp=4ab0b2cf2fb33e4e&biw=1024&bih=636

Identical Original bytes:

687474703a2f2f7777772e676f6f676c652e636f6d2f236f75

The Registered Domain Name that belongs to the development of The House of Figurine Sculptures.com is again shown two times in Google Inc. created URL Address. The beginning of the URL Address before the court, again states ownship and the location of created URL Address has Second Url highlighted

http://www.google.com/#output=search&.

When copy & pasted into a Web Address Bar found on any Web Browser the viewer will be taken back to a Google Web Search. ( Google Internet Web Search ) not the Search Bar feature found on Google Inc. e commerce Commerical website used strictly for webhosting clients and New Adword program accounts / Adword client(s) website.

The second URL Address had been analyzed by Scrub the web.com, which is also the same referring Web analysis company

Google Inc. recommeds in Exhibit C . Page 2 subchapter 2:2<Meta Keywords> Tag .
Title Tag Analysis <titleGoogle</title>.

**PLEASE TAKE NOTICE**

Both of these URL Address created, would appear as (Searchs).

Both are owned by Google Inc. The Company is a subsidiaries which has been established businesses, owned by Google Inc. Google Shopping commercial website were created at different time frames. Google Shopping Commerical website did not exist during the time Mr. Anderson hired the Adword Program. Google Inc. Reproduction of website designs includes Copyrighted material. Google Inc. was not Authorized to reproduce and re-distribute. Identical Original bytes: confirm both Url Addresses were created by the same source Google Inc. (Digital Finger Print) has been entered into evidence by other judicial proceedings before the court. ("Hash values ( Digital Finger Print) can be inserted into original electronic documents when they are created to provide them with distinctive characteristics that will permit their authentication under Rule 901(b)(4).")).

A "hash value" is an alphanumeric string that serves to identify an individual digital file as a kind of "digital fingerprint." In the present case, the district court found that files with the same hash value have a 99.99 percent probability of being identical.

---

[1]
*United States Nelson*, No. CR. 09-40130-01-KES (DSD July 12, 2010) ("When two files have the same hash value, there is a 99.99 percent chance that they are the same file.")
*see also United States v. Farlow, 681 F.3d 15, 19 (1st Cir. 2012) (No. 11-1975) (defendant suggesting how investigators could "have employed a limited search" by "using the image's hash value' — a sort of digital fingerprint tied not only to a specific file but also to that file's precise location on a computer")*
*see alsoUnited States v. Henderson, 595 F.3d 1198, 1199 n.2 (10th Cir. 2010) (No. 09-8015) ("A SHA value of a computer file is, so far as science can ascertain presently, unique. No two computer files with different content have ever had the same SHA value.") (quoting United States v. Klynsma, No. CR 08-50145-RHB, 2009 WL 3147790, at *6 (D.S.D. Sept. 29, 2009)).*
*see also United States v. Cunningham, 694 F.3d 372, 376 n.3 (3rd Cir. 2012) (No. 10-4021) ("Each hash value 'is an alphanumeric string that serves to identify an individual digital file as a kind of "digital fingerprint."'") (quoting Wellman, 663 F.3d at n.2)*

1  The advertisements were with the Intellectual Property Iconic Symbols for a reason. Mr.
2  Anderson never hide this information from public viewing nor Google Inc. awareness.
3  <u>Exhibit A.:</u> presented to the court, is a copy of Google Inc. Term Of Service.
4  Paragraph 9 clearly indicates jurisdiction.
5  Keren H. Vanisi, Litigation Legal Assistant.
6  Located at 1600 Amphitheatre Parkway, Mountain View, California 94043 .
7  Keren H. Vanisi contacted Mr. Anderson and then provided the copy of Google Inc. Term
8  of Service. The Terms of Service was delivered through FEDEX Overnight Express.
9  Tracking Number: 7944 7034 2060.Mrs. Keren H. Vanisi addressed the issue. If the
10 Complaint filed was not within the right Jurisdiction of this
11 court today. Mr. Anderson would be held responible for being in violation of Google Inc.
12 I Respectfully Demand the Relief Sought according to Federal Rule of Civil Procedures
13 8(2) Under Civil Statute 17 § 504(b) states The Plaintiff has only to provide the
14 gross revenue of Google Inc. According to the Civil Statute. Mr. Anderson could not
15 deduct Google Inc. expendituresm. However $ 40 Million Dollars is well within reason of
16 award. Mr. Anderson Did Not attempt hindering Google Inc. Business operations, or ask
17 for any type of Injuctions to be placed upon Google Inc. unorthodox practices and illegal
18 procedures to take passion of Mr. Anderson Property.
19 This would be considered " fair compensation " for the continuous use of Mr. Anderson
20 property. Google Inc. stands to generate the demand "relief sought" within any given
21 year. Mr. Anderson Constitutional Rights still remain in violation, and has been in
22 violation entirely to long.
23 Attached Exhibit F, Exhibit H, Mr. Anderson refers to Exhibits A – E and
24 Copy resubitted Exhibit(5a).

                                      Thank you for allowing this time,
                                      Respectfully Submitted,

                                      Joseph W. Anderson

-9-  *Joseph W. Anderson* (signature)

PLAINTIFF REPLY TO DEFENDANT GOOGLE INC.'S
SUPPORTING MEMORANDUM OF POINTS AND AUTHORIES.
                                                  CASE NO. 3:12-CV-06573-JST

© 1996-2013 by ScrubTheWeb™

*Exhibit F compare to Exhibit E*

## Meta Tag Analyzer - Results

**Now analyzing:** http://www.google.com/#output=search&sclient=psy-ab&q=the+house+of+figurine+sculptures.com&oq=the+house+of+figurine+sculptures.com&gs_l=hp.3..0i22i30.2877.10269.0.11161.36.25.0.11.11.2.1287.8194.2-15j8j1j7-1.25.0...0.0...1c.1.15.psy-ab.HsGumx49Df4&pbx=1&bav=on.2,or.r_qf.&bvm=bv.47244034,d.dmQ&fp=4ab0b2cf2fb33e4e&biw=1024&bih=63(

**Note:** During processing we found character(s) in the URL which are sometimes denied by some search engines. One or more of the following characters was found in the above URL:

', ?, #, >, <, (, ), \, ;

**Notice!** We found **10** issues in the **robots.txt** file located at http://www.google.com/robots.txt which does not comply with the current "**Robots Exclusion Standard**". The issues detected may be valid for a specific search engine, but is not part of the Robots Exclusion Standard. Because of this we highly recommend you verify the **robots.txt** file before submitting to search engines.

For a more advanced **robots.txt** analysis and tips on how to properly construct and use the **robots.txt** to maximize your search engine visibility, click here..

**Please Note!** We limit robots.txt error reporting to a maximum of **10** issues. The Web Page Analyzer will list these items so you can easily address the issues we found.

**Warning:** We found problems while analyzing this Web page that may have a **negative impact** on your search engine visibility and most importantly, your search engine traffic. Some of these errors may be listed below. Our Web Page Analyzer can **pinpoint these problems** and can provide solutions so you can fix them.

Your search engine visibility score of **55/100** is considered "**average**". Unfortunately being average simply means you're just like the billions of other Web pages buried in the search results. With that said, there are a few simple changes you can make to this Web page right now that can **quickly boost your visibility score**. Learn how »

## Title Tag Analysis

&lt;title&gt;Google&lt;/title&gt;

**Status:** Your **Title** is **6** characters in length which is "**too few characters**" for what we consider to be a "**search engine friendly**" Web page.

**Tip:** Your Web page Title is what people will see first when viewing search results. The keywords in your Title need to be arranged in a way to **boost your rankings** in search results. Let us show you how easy it is to optimizing your Title for search engines. Or if you would rather do it alone, try using our FREE Meta Tag Builder to make these necessary changes.

> **Fact #1:** If you are not on the first page of search results, **over 60% of Internet users will not find you!**

## Meta Description Tag Analysis

**<meta name="description" content="**Search the world's information, including webpages, images, videos and more. Google has many special features to help you find exactly what you're looking for.**">**

**Status:** Your **Meta Description** is <u>159</u> characters in length which is **"too many characters"** for what we consider to be a **"search engine friendly"** Web page.

**Tip:** The maximum number of characters recommended for your Meta Description is <u>150</u>. Doing this will help ensure compatibility with all major search engines. Click here if you would like additional help optimizing your Meta Description for search engines. Or you can try using our FREE Meta Tag Builder to make the necessary changes.

> **Fact #2:** **All major search engines** including Google, Yahoo!, Scrub The Web, Bing and others **utilize Meta Tags**. Don't take our word for it, visit Google™ or Yahoo!® and see what they have to say about Title and Meta Tag optimization.

- **Google says** "high-quality descriptions can be displayed in Google's search results, and can go a long way to improving the quality and quantity of your search traffic.".

## Meta Keywords Tag Analysis

**Warning:** The **Meta Keywords** is **NOT** being used or used **incorrectly**! The **Meta Keywords Tag** is not as important as it once was and many search engines no longer index words found here. With that said, your rankings for this Web page can increase in those search engines that do index the **Meta Keywords** Tag and is the only reason for this warning.

**Tip: Choosing the right keywords** for your Web page is easy when using our real-time Keywords Research Tool. This awesome tool will help you discover what keywords your customers are actually using when looking for you in search engines.

- **Yahoo! says the Meta Keywords Tag can** "improve the position of your website in Yahoo!".

## Example Search Engine Listing

The example listing below is what this Web page may look like in search results
(i.e. depending on search engine used and search query entered).

> **Google**
> Search the world's information, including webpages, images, videos and more. Google has many special features to help you find exactly what you're loo...
> http://www.google.com/#output=search&sclient=psy-ab&q=the+house+of+figurine+sculptures.com...

Is this how you want your Web page to appear in search results? If so, you can click on the button below and quickly submit this Web page to the top search engines using our **free Easy Submit service!**

## Please Provide a Link to Us!

We would appreciate you linking to Scrub The Web if you find this SEO tool helpful:

## A Text Link:

```
<p><a href="http://www.scrubtheweb.com/abs/meta-check.html" title="Free SEO Tools">Free SEO Tools</a></p>
```

The above HTML code will produce the following link:

Free SEO Tools

## Or a Graphic Link:

```
<p><a href="http://www.scrubtheweb.com/abs/meta-check.html" title="Free SEO Tools"><img src="http://www.scrubtheweb.com/graphics/seotools.gif" alt="Free SEO Tools" width="88" height="31"></a></p>
```

The above HTML code will produce the following link:



Exhibit H

# FileFormat.Info (/index.htm)

Search    fl    You are in 📁 (/index.dir) FileFormat.Info (/index.htm) » 📁 (/tool/index.dir) Tools (/tool/index.htm)

**Alternative Energy - BP** See how BP's advanced technologies are expanding energy production. www.bp.com/energymix

**Toy Soldier Figurines** Large Selection Of Miniatures To Choose From. Shop Online & Save! dutkins.com/MiniatureFigurines

**Nexus 4** The new phone from Google. Buy unlocked, contract free. From $299. www.google.com/nexus

AdChoices ▷



## Hash Functions

(http://www.addthis.com/bookmark.php?v=300&winname=addthis&pub=ra-4e0edbea01daaeb5&source=tbx32-3 8%2526aq%253Dt%2526rls%253Dorg.mozilla%253Aen-US%253Aoffical%2526client%253Dfirefox-a%2526sc ab%2526q%253Dthe%252Bhouse%252Bfigurine%252Bsculptures.com%2526op%253Dthe%252Bhouse%252Bfigu title=Hash%3A%20online%20hash%20value%20calculator&ate=AT-ra-4e0edbea01daaeb5/-/-/51ab5c9a044ff5c4/2& ab%2526q%253Dthe%252Bhouse%252Bof%252Bfigurine%252Bsculptures.com%2526oq%253Dthe%252Bhouse%
(http://www.addthis.com/bookmark.php?v=300&winname=addthis&pub=ra-4e0edbea01daaeb5&source=tbx32-3 8%2526aq%253Dt%2526rls%253Dorg.mozilla%253Aen-US%253Aoffical%2526client%253Dfirefox-a%2526sc ab%2526q%253Dthe%252Bhouse%252Bfigurine%252Bsculptures.com%2526op%253Dthe%252Bhouse%252Bfigu title=Hash%3A%20online%20hash%20value%20calculator&ate=AT-ra-4e0edbea01daaeb5/-/-/51ab5c9a044ff5c4/3& ab%2526q%253Dthe%252Bhouse%252Bof%252Bfigurine%252Bsculptures.com%2526oq%253Dthe%252Bhouse?

Calculate a hash (aka message digest) of data. Implementations are from Sun (java.security.MessageDigest) and GNU (http://www.gnu.org/software/gnu-crypto/).

If you want to get the hash of a file in a form that is easier to use in automated systems, try the online md5sum tool (md5sum.htm).

### String hash

Text:  http://www.google

Hash

### Binary hash

Hex bytes:

Hash

### File hash

File: [          ] Browse...
⚠ Maximum upload size is 5 MB

Hash

**File Hash**

File [          ] Browse...

Hash

### Results

Original text    http://www.google.com/search?q=the%20house%20of%20figurine%20sculptures&ie=utf-8&oe=utf-8&aq=t&rls=org.mozilla:en-US a&source=hp&channel=np#hl=en&client=client:foxfire-a&rls=org.mozilla:en-US%3Aoffical&channel=np&tbm=shop&client=psy-ab&q=the+house+figurine+sculptures.com&op=the+house+figurine+sculptures.com&
gs_l=serp.3...152358.155894.2.156664.8.5.3.0.0.01597.3786.5-1j2j0j1.4.0...0.0...1c.1.ULTAiTagXp8&pbx=1&bac=on.2,or.r_gc.r fp=30ae47296575a083&bcpl=38093640&biw=1016&bih=648

| | |
|---|---|
| Original bytes | 687474703a2f2f7777772e676f6f676c652e636f6d2f736561... (length=513) |
| Adler32 | 76f7a96c |
| CRC32 | 9f59ee16 |
| Haval | be4b3ec952d037d3b5aab3a44adab4d1 |
| MD2 | e35a48c6035ce92197bd0ec7a8d444dc |
| MD4 | 4d3cd19854517868717e9a2fd174b5c0 |
| MD5 | da593252865ae337e90e9449d1191462 |
| RipeMD128 | b09d8bebbc069cefb9a410c8a1d1e389 |
| RipeMD160 | 3ea09ddea31381b6ae2665ba8e8012f54efef13b |
| SHA-1 | fbe7acf0172a7df766d4ac1f8adad3da97a7e0e1 |
| SHA-256 | 6c72c5a8d3a0bc5612ef3e0bdb4ac691f06d2dd22069f90a0d90e960e03df0b3 |
| SHA-384 | 6b865ecb0344674f44e2ae78f0eb234516c81d3ffd9a615176a840fcb5f0c1faa515e8b464f218763007a7b6fb64bbc0 |
| SHA-512 | dbe5894248a01f4f4f78a3845919d82d1c74c7361b5150f64599ce7eeef2ce3eec485d2901d21c01a3f3c542aa0273f5fa65add8a |
| Tiger | 199b88aa617af2a971f117316cbd7cadc75ae59c1ddba9a1 |
| Whirlpool | 3672c31c0750c62a6bb3a82f4f364a2151556558b8a4bf15ccf51589321eba100eb135f5c9e19bb6f031c680562ca0147f91b5e52 |

### Miniature Collector?
dutkins.com/MiniatureFigurines

Great Close Up Shots Make Shopping Easy. Add To Your Collection Today!


AdChoices ▷

Terms of Service (/about/tos.htm) | Privacy Policy (/about/privacy.htm) | Contact Info (/about/contact.htm)

# FileFormat.Info (/index.htm)

Search    fi    You are in 📁 (/index.dir) FileFormat.Info (/index.htm) » 📁 (/tool/index.dir) Tools (/tool/index.htm)

**Alternative Energy - BP** See how BP's advanced technologies are expanding energy production. www.bp.com/energymix

**Computer Science Degrees** Flexible Learning Formats. Apply Today - Classes Start Jan. 7. cps.Regis.edu/Computer-Programming

**Collectible Figurines** Shop The Bradford Exchange Figurines 100s of Figurines to Choose From! Figurines.BradfordExchange.com

AdChoices ▷

🔍 +1

## Hash Functions

(http://www.addthis.com/bookmark.php?v=300&winname=addthis&pub=ra-4e0edbea01daaeb5&source=tbx32-30
%2Fwww.fileformat.info%2Ftool%2Fhash.htm%3Ftext%3Dhttp%253A%252F%252Fwww.google.com%252F%2
ab%2526q%253Dthe%252Bhouse%252Bof%252Bfigurine%252Bsculptures.com%2526oq%253Dthe%252Bhouse%
ab.HsGumx49Df4%2526pbx%253D1%2526bav%253Don.2%252Cor.r_qf.%2526bvm%253Dbv.47244034%252Cd.d
ra-4e0edbea01daaeb5/-/-/51ab5ac01ee44a26/2&frommenu=1&uid=51ab5ac07605839e&ct=1&ui_cobrand=FileForm

(http://www.addthis.com/bookmark.php?v=300&winname=addthis&pub=ra-4e0edbea01daaeb5&source=tbx32-30
%2Fwww.fileformat.info%2Ftool%2Fhash.htm%3Ftext%3Dhttp%253A%252F%252Fwww.google.com%252F%2
ab%2526q%253Dthe%252Bhouse%252Bof%252Bfigurine%252Bsculptures.com%2526oq%253Dthe%252Bhouse%
ab.HsGumx49Df4%2526pbx%253D1%2526bav%253Don.2%252Cor.r_qf.%2526bvm%253Dbv.47244034%252Cd.d
ra-4e0edbea01daaeb5/-/-/51ab5ac01ee44a26/3&frommenu=1&uid=51ab5ac0278be462&ct=1&ui_cobrand=FileForm

Calculate a hash (aka message digest) of data. Implementations are from Sun (java.security.MessageDigest) and GNU (http://www.gnu.org/software/gnu-crypto/).

If you want to get the hash of a file in a form that is easier to use in automated systems, try the online md5sum tool (md5sum.htm).

### String hash

Text:    http://www.google

Hash

### Binary hash

Hex bytes:

Hash

### File hash

File:    [         Browse...]
⚠ Maximum upload size is 5 MB

Hash

### File Hash

File   [         Browse...]
Hash

### Results

Original text    http://www.google.com/#output=search&sclient=psy-ab&q=the+house+of+figurine+sculptures.com&oq=the+house+of+figurine+scu
gs_l=hp.3..0i22i30.2877.10269.0.11161.36.25.0.11.11.2.1267.8194.2-15j8j1j7-1.25.0...0.0...1c.1.15.psy-ab.HsGumx49Df4&pbx=
bvm=bv.47244034,d.dmQ&fp=4ab0b2cf2fb33e4e&biw=1024&bih=636

Original bytes   687474703a2f2f7777772e676f6f676c652e636f6d2f236f75... (length=330)

| | |
|---|---|
| Adler32 | 688c65c8 |
| CRC32 | 4ba79861 |
| Haval | 9a0bebef93a1f9654cbe6ae24a7b11d1 |
| MD2 | 2119fc1f34f5c5fcf23c651c6efe1580 |
| MD4 | 9ae9aca5e20917c18dac5e8f4036b72e |
| MD5 | b2601dd692136aa4f2e94814b74c34b1 |
| RipeMD128 | 2faa3a8b82e879fed70b2c26dc916c8f |
| RipeMD160 | f2cab1faa416f50214806a2126de16fb852b380a |
| SHA-1 | 666bf324ea765befad544aff274815caeaa956b5 |
| SHA-256 | 6169cdd73ef536b39e2c1d78574d4769c37fcbca3ff3aa5c79d6fc9a27e3cf6f |
| SHA-384 | e0dc88752d8ddb562ebc88c6f5813630c6fa28590135cb025753d5f92b4d2bf55809e103b9b8c3f54ab06f6e8935b760 |
| SHA-512 | 1d4701c2a079bb559b3d78556a293c2af4939eac2d0cd4fa3c770f1ebae8a2d129c64c5351c0195c9c2bd649ea04373057cd96ae |
| Tiger | 105130825deb5b41b0439fa7eb8b26fa155500b83447c274 |
| Whirlpool | c88de0e223cd50f866ab12d9557d55b899fc49d4ca552d5d1c07547b090b5a1ca5bc81be0ea9e2787d95194f7a1591ce9d6371e6 |

### Toy Soldier Figurines
dutkins.com/MiniatureFigurines

Large Selection Of Miniatures To Choose From. Shop Online & Save!



AdChoices

Terms of Service (/about/tos.htm) | Privacy Policy (/about/privacy.htm) | Contact Info (/about/contact.htm)

Exhibit (5a) Re-Copy

GGLE2

JOSEPH W ANDERSON
SCULPTURED FIGURINES AN MORE
17 OVERLOOK CT.
FAIRFIELD OH 45014-5048

483-1

PLEASE OPEN IMMEDIATELY – IMPORTANT MATERIAL INSIDE

Hanson v. Google Settlement Fund
c/o Gilardi & Co. LLC
P.O. Box 719088
San Diego, CA 92171-9088

Postal Service: Please Do Not Mark Barcode

GGLE2-1689650-5

158394

Presorted
First Class
U.S. Postage
Paid
Permit # 1899
San Diego, CA

---

Hanson v. Google Settlement Fund
c/o Gilardi & Co. LLC
P.O. Box 808054
Petaluma, CA 94975-8054

Date: 6/29/2012
Check Number: 1635093
90-4363/1222

Business Check – Not Eligible for ACH Conversion
Claim Number: GGLE2-1689650-5

Pay to the order of: SCULPTURED FIGURINES AN MORE JOSEPH W ANDERSON

Zero and 10/100          DOLLARS    $0.10

CASH PROMPTLY - VOID AFTER 12/26/2012

*Dennis A. Gilardi*

**TORREY PINES BANK**

⑆122243635⑆ 41105330744⑈ 1635093

---

Claim Number: GGLE2-1689650-5

Dear Claimant:

Enclosed please find a check in the amount of $0.10 representing your settlement payment in the class action lawsuit *CLRB Hanson LLC, et al. v. Google*, United States District Court Northern District of California San Jose Division, Case No. C 05-03649. Please cash this check no later than 12/26/2012, because after that date the check will no longer be negotiable.

If you have any questions concerning the enclosed check or the settlement, please consult the website at www.adwordscustomersettlement.com, or contact the Settlement Administrator via email at claims@adwordscustomersettlement.com.

If you have any questions about potential tax issues as a result of this award, we recommend that you consult a tax professional, as neither the attorneys nor the Settlement Administrator can provide you with any tax advice.

Sincerely, Settlement Administrator