UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH W. ANDERSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GOOGLE INC.,<br><br>　　　　Defendant. | Case No.  12-cv-06573-JST<br><br>**ORDER REGARDING *IN FORMA PAUPERIS* STATUS**<br><br>Re: ECF No. 56 |

　　　　In response to the Referral Notice from the Ninth Circuit Court of Appeals, this Court determines that Plaintiff's complaint is frivolous, as it "has 'no arguable basis in fact or law.'" O'Loughlin v. Doe, 920 F.2d 614, 617 (9th Cir. 1990) (quoting Franklin v. Murphy, 745 F.2d 1221, 1228 (9th Cir. 1984).  Appeal of the dismissal is therefore not "taken in good faith" within the meaning of 28 U.S.C. § 1915(a)(3).  See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).  *In forma pauperis* status is not warranted.

　　　　**IT IS SO ORDERED**.

Dated:  July 19, 2013

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge