FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FEB 25 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JOSEPH W. ANDERSON,<br><br>             Plaintiff - Appellant,<br><br>   v.<br><br>GOOGLE, INC.,<br><br>             Defendant - Appellee. | No. 13-16340<br><br>D.C. No. 3:12-cv-06573-JST<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Before:  LEAVY, TASHIMA, and GRABER, Circuit Judges.

On December 3, 2013, the court dismissed this appeal for failure to pay the filing and docketing fees.  On December 30, 2013, appellant paid the filing and docketing fees.  Accordingly, the December 3, 2013 order is vacated and this appeal is reinstated.

A review of the record and the opening brief demonstrates that the questions raised in this appeal are so insubstantial as not to require further argument.  *See United States v. Hooton*, 693 F.2d 857, 858 (9th Cir. 1982) (per curiam) (stating standard).

Accordingly, we summarily affirm the district court's judgment.

**AFFIRMED.**

AT/MOATT