UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAR 24 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JOSEPH W. ANDERSON,

       Plaintiff - Appellant,

v.

GOOGLE, INC.,

       Defendant - Appellee.

No. 13-16340

D.C. No. 3:12-cv-06573-JST
U.S. District Court for Northern
California, San Francisco

**MANDATE**

The judgment of this Court, entered February 25, 2014, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                              FOR THE COURT:
                              Molly C. Dwyer
                              Clerk of Court

                              Rhonda Roberts
                              Deputy Clerk